# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Carpenters Pension Fund of Illinois, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10300
Honorable LaShonda A. Hunt

Tricor Carpentry, LLC

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

    MINUTE entry before the Honorable LaShonda A. Hunt: In light of Defendant's answer filed on 9/25/25 [11], the Court modifies the initial scheduling order [7] as follows: parties' joint status report is due by 10/10/25, and the telephonic status hearing set for 11/18/25 is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.