## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Carpenters Pension Fund of Illinois, et al.

                        Plaintiff,

v.                                                 Case No.: 1:25−cv−10300
                                                Honorable LaShonda A. Hunt

Tricor Carpentry, LLC

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. (gel,) Mailed notice.

Dated: October 14, 2025

                                                                       /s/ LaShonda A. Hunt

                                                                    United States District Judge