**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

The Hon. Young B. Kim is the designated magistrate judge in case 25 CV 10300, *Carpenters Pension Fund of Illinois et al v. Tricor Carpentry, LLC;* and

Magistrate Judge Kim is currently participating in the Court's periodic calendar adjustment program as provided for by Internal Operating Procedure 19; therefore

It is hereby ordered that 25 CV 10300, *Carpenters Pension Fund of Illinois et al v. Tricor Carpentry, LLC,* shall be assigned to another magistrate judge of this Court as the designated magistrate judge; and

It is further ordered that the newly assigned magistrate judge shall be referred in 25 CV 10300, *Carpenters Pension Fund of Illinois et al v. Tricor Carpentry, LLC,* for the purpose of holding proceedings related to discovery supervision and for settlement conference.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 15th day of October, 2025