IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS PENSION FUND ) <br> OF ILLINOIS, *et al*., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TRICOR CARPENTRY, LLC., ) <br> an Illinois limited liability company, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 25 C 10300 <br><br> JUDGE LaSHONDA A. HUNT |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, it is hereby stipulated by and between the Plaintiffs, CARPENTERS PENSION FUND OF ILLINOIS, *et al*., and the Defendant, TRICOR CARPENTRY, LLC, an Illinois limited liability company, acting through their respective attorneys, that the above-captioned litigation be dismissed with prejudice and without costs, with each party bearing its own costs and attorneys' fees, all matters in controversy for which the action was brought having been resolved between the parties.

DATE:   January 27, 2026                /s/  Carson W. Fallo


DATE:   January 27, 2026                /s/  Todd A. Miller


Carson W. Fallo
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

Todd A. Miller
Kathleen M. Cahill
Attorneys for Defendant
Allocco, Miller and Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL  60606
Bar No.:  6216561
Telephone:  (312) 675-4325
Facsimile:  (312) 675-4326
E-Mail:  tam@alloccomiller.com

I:\CarpsJ\Tricor Carpentry\31269\stipulation of dismissal 01-27-26.cwf.df.docx