**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Carpenters Pension Fund of Illinois, et al.

                              Plaintiff,

v.                                                   Case No.: 1:25−cv−10300
                                                     Honorable LaShonda A. Hunt

Tricor Carpentry, LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: In light of the Stipulation of Dismissal [20], all matters related to the referral of this action are resolved. The case is returned to the District Judge. Any deadlines pending or hearings scheduled before Judge Jantz, including the 1/28/2026 status hearing [18], are stricken. Referral terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.